# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:07CR145/MCR

ROGELIO GALVAN CHAVEZ ET AL.

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   September 16, 2008
Motion/Pleadings: GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL
Filed by Plaintiff                       on 9/12/08           Doc.# 259
RESPONSES:

                                                    on                   Doc.#
                                                    on                   Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## ORDER

    Upon consideration of the foregoing, it is ORDERED this 16th day of September, 2008, that:

    The relief requested is GRANTED.

*s/ M. Casey Rodgers*
        M. Casey Rodgers
    United States District Judge