**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                     CASE NO. 3:07CR145/MCR

ROGELIO GALVAN CHAVEZ ET AL.

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   September 16, 2008
Motion/Pleadings: GOVERNMENT'S UNOPPOSED MOTION FOR AN ORDER DIRECTING THE COURT REPORTER TO FILE TRANSCRIPTS WITHOUT REDACTED ADDRESSES
Filed by Plaintiff   on 9/12/08   Doc.# 258
RESPONSES:
                                                    on   Doc.#
                                                    on   Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

# *ORDER*

    Upon consideration of the foregoing, it is ORDERED this 23rd day of September, 2008, that:

    The relief requested is DENIED. This court's redaction policy mirrors that of the Judicial Conference and the court reporter followed the same in preparing the transcripts in this case. The parties may file a motion with the Eleventh Circuit Court of Appeals for an order directing the court reporter to revise the official court transcripts to include redacted information. Any such motion should address appropriate compensation for the court reporter.

                                                     *s/ M. Casey Rodgers*
                                                        M. Casey Rodgers
                                                  United States District Judge